## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

### <u>JUDGMENT IN A CIVIL CASE</u>

**EMANUEL McADOO,**
**also known as Emmanuel Smith**

      vs.                            **CASE NUMBER: 9:10-CV-355**

**MARY ANN JAGIELLO,**
**in her individual capacity**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's motion to dismiss is granted, and the complaint is dismissed in its entirety.  Defendant's motion for a stay of discovery pending the ultimate outcome of this motion is granted;

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 26th day of April, 2011.

DATED: April 26, 2011

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Christine Mergenthaler
Deputy Clerk

entered and served 4/26/11